IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELILAH KROEKER,<br><br>                    Plaintiff,<br><br>        vs.<br><br>FRANK NELSON,<br><br>                    Defendant.<br>_____/ | CASE NO. CV F 10-1662 LJO DLB<br><br>**ORDER TO RESPOND TO 28 U.S.C. § 2679 PETITION**<br>(Doc. 13.) |

This Court ORDERS that any response to defendant Frank Nelson's 28 U.S.C. § 2679 petition be filed and served no later than February 11, 2011. The parties shall file no further papers regarding the petition, unless this Court orders otherwise. Pursuant to its practice, this Court will consider the petition on the record without a hearing. This Court DIRECTS the clerk to serve a copy of this order on Assistant U.S. Attorney Allyson Berg at Allyson.Berg@usdoj.gov.

IT IS SO ORDERED.

**Dated:    January 24, 2011**                    /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1