1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for United States of America

7

8

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12  DELILAH KROEKER,                    )
                                         )  Case No. 1:10-cv-01662 LJO/DLB
13              Plaintiff,               )
                                         )  **ORDER TO EXTEND TIME TO**
14       v.                              )  **RESPOND TO ORDER TO RESPOND**
                                         )  **TO 28 U.S.C. § 2679 PETITION**
15  FRANK NELSON,                        )
                                         )
16              Defendant.               )
   _____ )

17

18       This Court ORDERS that any response to defendant Frank Nelson's 28 U.S.C. § 2679

19  petition be filed and served no later than March 11, 2011. The parties shall file no further papers

20  regarding the petition, unless this Court orders otherwise. Pursuant to its practice, this Court will

21  consider the petition on the record without a hearing.

22       IT IS SO ORDERED.

23       **Dated:   February 10, 2011**            **/s/ Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28